UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **TYRONE DOUGLAS CAROLINA** | : | |
| | : | **PRISONER** |
| v. | : | **CASE NO. 3:12cv162 (VLB)** |
| | : | |
| **RIKEL LIGHTNER, ET AL.** | : | |

## ORDER OF DISMISSAL

On July 27, 2012, the court filed its ruling denying the plaintiff's application to proceed in forma pauperis because three cases or appeals filed by the plaintiff had been dismissed as frivolous prior to the filing of this action. The court notified the plaintiff that the complaint would be dismissed if he did not submit the filing fee on or before August 17, 2012.

The plaintiff has failed to deliver the filing fee to the court as specified. Instead, he has filed a motion for a medical evaluation. The plaintiff claims that he suffers from an enlarged heart and requires surgery or a heart transplant. Attached to the motion are medical records that include cardiovascular tests performed in April 2008. The results of those tests reflect that the plaintiff suffered from Nonischemic Cardiomyopathy and the plaintiff's treating physician recommended medical therapy. These findings do not demonstrate that the plaintiff suffered from a serious threat of imminent harm at the time he filed this action or that he requires surgery or a heart transplant due to the 2008 diagnosis of his heart condition.

The Motion for a Medical Evaluation [Doc. No. 8] IS DENIED.

1

**Because the plaintiff has not submitted the filing fee, the complaint is dismissed without prejudice.  The Clerk shall close this case.**

**SO ORDERED this 20 day of August, 2012 at Hartford, Connecticut.**

_____/s/_____
**Vanessa L. Bryant
United States District Judge**